**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PHELPS, | **14-cv-786 LJO-GSA** |
| Plaintiff, | **ORDER DENYING IFP WITHOUT PREJUDICE** |
| v. | |
| INGRA K. BARKS, | **ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED IFP APPLICATION OR PAY THE $400.00 FILING FEE** |
| Defendant. | **(Doc. 2)** |

Plaintiff Daniel Phelps ("Plaintiff") filed a complaint on May 22, 2014, along with an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the IFP application is incomplete. Specifically, Plaintiff's application indicates he is unemployed, but fails to state the name and address of his last employer, the amount of his take home salary, and the date of last employment, as requested at question 2(b). Plaintiff's application also indicates that in the past 12 months he received money from disability or workers compensation payments, but he fails to describe the source of money, the amount received, and the amount he expects to continue to receive as requested at question 3. Plaintiff's application further indicates that he owns a 2000 Isuzu Hombre, but he fails to state its value as requested at

1

question 5.  Finally, Plaintiff fails to list persons who are dependent on him for support at question 6.

Accordingly, Plaintiff's application to Proceed In Forma Pauperis is DENIED WITHOUT PREJUDICE. IT IS HEREBY ORDERED that no later than **July 7, 2014**, Plaintiff shall file an amended in forma pauperis application that indicates the details of his last employment, details about funds received from disability or workers compensation, the value of his 2000 Isuzu Hombre, as well as whether there are people dependent on him for support.  In the alternative, Plaintiff shall file pay the **$400.00** filing fee.

Plaintiff is advised that failure to file a complete IFP application consistent with the instructions outlined above, or to pay the $400 filing fee, will result in dismissal of this action. The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff.

IT IS SO ORDERED.

Dated:   **June 9, 2014**                              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

2